

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2015

No. 04-15-00201-CV

**IN RE TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND**
a/k/a The Texas Municipal League Intergovernmental Risk Pool

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On April 6, 2015, relator filed a petition for writ of injunction. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of injunction is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 10, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-10-53721-CV, styled *Housing Authority of the City of Alice v. Texas Municipal League Joint Self-Insurance Fund and Texas Municipal League Intergovernmental Risk Pool*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the David A. Sanchez presiding.